# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**NEXIDEA HEALTH PRODUCTS, LTD.**                        **PLAINTIFF**

**V.**                        **CIVIL ACTION NO. 3:11CV099-B-A**

**MED-LIFT & MOBILITY, INC.**                        **DEFENDANT**

## ORDER OF DISMISSAL

The Plaintiff NexIdea Health Products, LTD, and Defendant MedLift Mobility, Inc., have moved the Court to dismiss this cause of action with prejudice as to Plaintiff and Defendant.

The Court having considered the motion is of the opinion that it is well taken and should be sustained. IT IS, THEREFORE,

ORDERED that both the Complaint and Counterclaim are hereby dismissed with prejudice and each party to this dismissal to bear its own costs.

SO ORDERED this the 28th day of August, 2012.

                                           **/s/ Neal Biggers**
                                           United States District Judge